IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ROBERTS DEMOS,

     Plaintiff,                            No. CIV S-10-1003 KJM P

    vs.

UNITED STATES OF AMERICA, et al.,

     Defendants.                      <u>ORDER</u>

_____/

         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, on October 30, 2000, plaintiff was found to be barred from proceeding in forma pauperis under 28 U.S.C. § 1915(g) unless he alleges imminent danger of serious physical injury.  <u>See</u> CIV-S-00-0456 GEB PAN P.  He alleges no such danger here.

/////

/////

/////

/////

/////

/////

Therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is denied; and

2. Plaintiff shall pay the $350.00 filing fee for this action within twenty-one days.

Failure to pay the filing fee within twenty-one days will result in dismissal of this action.

DATED: May 19, 2010.

_____
U.S. MAGISTRATE JUDGE

1/md
demo1003.3k