IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ROBERT DEMOS,

    Plaintiff,                                  No. CIV S-10-1003 KJM P

    vs.

UNITED STATES OF AMERICA, et al.,

    Defendants.                              ORDER

_____/

        On June 7, 2010, plaintiff filed a document the court construes as a motion for reconsideration of the denial of plaintiff's application to proceed in forma pauperis.

        A ruling in the district court may reconsidered under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263. Plaintiff fails to point to anything suggesting reconsideration is warranted.

/////

/////

/////

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's June 7, 2010 motion for
2 reconsideration (docket no. 7) is denied.
3 DATED: June 15, 2010.

                                      U.S. MAGISTRATE JUDGE

1
demo1003.mfr