IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ROBERT DEMOS,

      Plaintiff,                        No. CIV S-10-1003 KJM P

   vs.

UNITED STATES OF AMERICA, et al.,

      Defendants.                   <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se and has consented to Magistrate Judge jurisdiction.  By an order filed May 19, 2010, plaintiff was ordered to pay the appropriate filing fees within twenty-one days and was cautioned that failure to do so would result in dismissal of this action.  The twenty-one day period has now expired, and plaintiff has not responded to the court's order and has not paid the appropriate filing fee.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED:  July 15, 2010.

                                                                    _____
                                                                    U.S. MAGISTRATE JUDGE

1
demo1003.fifp